# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JASON LEOPOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 14-805-TSC |
| ) | |
| NATIONAL SECURITY AGENCY, and ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR SUMMARY JUDGMENT

Defendants, the National Security Agency ("NSA") and the Department of Justice ("Department"), (collectively "the government"), by and through undersigned counsel, hereby move pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rule 7(h) for summary judgment in this Freedom of Information Act ("FOIA") action. The grounds for this motion are set forth in the attached memorandum of points and authorities, the Declaration of Paul P. Colborn, the Declaration of Pamela Phillips, and the government's Statement of Material Facts Not in Genuine Dispute. For the reasons explained in the attached memorandum, the government respectfully requests that the Court uphold its searches and "no records" responses to Plaintiff's FOIA request and accordingly enter judgment in the government's favor.

Dated:  September 26, 2014       Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division

/s/ Jacqueline Coleman Snead
JACQUELINE COLEMAN SNEAD (D.C. Bar 459548)
Senior Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone:  (202) 514-3418
Fax:  (202) 616-8470
E-mail: Jacqueline.Snead@usdoj.gov

**Counsel for the National Security Agency and the Department of Justice**