# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL SECURITY AGENCY, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 14-cv-805 (TSC) |

## ORDER

Upon consideration of the Defendants' Motion for Summary Judgment (ECF No. 8), the opposition and reply thereto, the entire record, and for the reasons set forth in the accompanying Memorandum Opinion, it is

**ORDERED** that Defendants' motion is **GRANTED IN PART AND DENIED IN PART**; it is also

**ORDERED** that Defendants must process Plaintiff's FOIA requests as set forth in the accompanying Memorandum Opinion; and it is

**ORDERED** that the parties must submit a joint proposed scheduling order for moving forward in this case by August 21, 2015.

Date:  July 31, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge