**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JASON LEOPOLD,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>Defendants. | ) | Civil Action No.<br>14-cv-805 (TSC) |

**JOINT STATUS REPORT**

The parties respectfully submit this Joint Status Report, along with a Proposed Order, in response to this Court's Minute Order of November 11, 2016.

1. In their last status report to the Court, the parties reported that they were engaged in good faith discussions in an effort to try to resolve without motions practice the sole remaining issue in this case: attorney's fees and costs.

2. In its Minute Order, the Court ordered the parties to submit another status report on December 8, 2016 and to "report either that the issue of fees and costs has been resolved, or, if not, set forth a proposed briefing schedule—along with a proposed order—on the issue of fees and costs."

3. The parties have since continued to engage in substantive discussions on the issue of attorney's fees and costs. While the parties believe that they are close to the point of determining whether negotiations ultimately will succeed or fail, they are unable to say so as of the date of this status report. As a result, the parties seek a short extension of one week from December 8 to December 15, 2016, to report to the Court whether the issue of attorney's fees and costs can be resolved without motions practice.

Dated: December 8, 2016

Respectfully submitted,

*/s/ Jeffrey L. Light*
Jeffrey L. Light
D.C. Bar #485360
1712 Eye St., NW
Suite 915
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

Counsel for Plaintiff

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Rodney Patton*
RODNEY PATTON
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 7320
Washington, D.C. 20044
Phone: (202) 305-7919
Fax: (202) 616-8470
E-mail: rodney.patton@usdoj.gov

Counsel for Defendant